[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 22, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-11164
Non-Argument Calendar

_____

D. C. Docket No. 07-00287-CR-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL HURTADO-FERNDADEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(September 22, 2008)**

Before EDMONDSON, Chief Judge, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed appellate counsel for Manual Hurtado-

Fernandez, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hurtado-Fernandez's conviction and sentence are **AFFIRMED**.